THE CENTRAL BRANCH UNION PACIFIC RAILROAD CO.
v. W. O. HOLCOMB.

AT the April Term, 1878, of the Jackson district court, *Holcomb* had judgment against the *C. B. U. P. Rld. Co.* for $35 damages for killing a cow belonging to said *Holcomb*, and for $40 as an attorney's fee, and for costs of suit. The *Railroad Company* brings the case here on error.

*D. Martin*, for plaintiff in error.

*Hayden & Hayden*, for defendant in error.

*Per Curiam:* The above case is affirmed, on the authority of the following cases: *K. P. Rly. Co. v. Kunkel*, 17 Kas. 145; *Missouri River, Ft. Scott & Gulf Rld. Co. v. Shirley*, 20 Kas. 660; *K. P. Rly. Co. v. Ball*, 19 Kas. 535.